**Order filed April 21, 2016**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00250-CV
_____

**TED L. ROBERTSON, Appellant**

**V.**

**HARRIS COUNTY, Appellee**

---

**On Appeal from the 312th District Court
Harris County, Texas
Trial Court Cause No. 2001-35725**

---

## ORDER

According to information provided to this court, appellant's notice of appeal appears to be untimely. Our records reflect that the trial court's judgment was signed August 15, 2001. Our information reflects that appellant did not file a timely post-judgment motion. Therefore, his notice of appeal was due September 14, 2001, but it was not filed until March 18, 2016.

The clerk's record has not been filed in this appeal. We are not aware if appellant is permitted to proceed without advance payment of costs. To determine our jurisdiction over this appeal, we issue the following order for a partial clerk's record.

We order the Harris County District Clerk to file a partial clerk's record with the clerk of this court on or before **May 24, 2016.** In order that this court may ascertain its jurisdiction over the appeal, the **partial clerk's record** shall contain **(1)** the judgment being appealed; **(2)** any motion for new trial, other post-judgment motion, or request for findings of fact and conclusions of law; and **(3)** the notice of appeal.


PER CURIAM